**Order entered October 10, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01011-CV

### SAFECO LLOYDS INSURANCE COMPANY, Appellant

### V.

### JAMES & PATRICIA BARRENTINE, Appellees

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-04453**

## ORDER

The Court has before it appellant's September 26, 2013 motion to review further orders. The Court **GRANTS** the motion and will review the trial court's September 13, 2013 order denying appellant's motion to dissolve temporary injunction in this appeal. *See* TEX. R. APP. P. 29.6(a). The Court also has before it appellant's October 3, 2013 unopposed second motion to extend time to file appellant's brief. The Court **GRANTS** the motion and **ORDERS** appellant to file its brief by November 1, 2013. No further extensions will be granted absent a showing of exceptional circumstances.

/s/    ELIZABETH LANG-MIERS
        JUSTICE